# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: SA16-324M |
|---|---|
| V.  PLAINTIFF | |
| Garbino, John Edward  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/21/2016   6:01   ☑ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes  ☐ No

4. Charges under which defendant has been booked:
   **Illegal Remuneration for Health Care Referrals**

5. Offense charged is a: ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☑ No  ☐ Yes  Language: _____

7. Year of Birth: 1970

8. Defendant has retained counsel: ☐ No
   ☑ Yes   Name: Wayne Gross   Phone Number: 949-383-2810

9. Name of Pretrial Services Officer notified: Yes/ Duty Desk

10. Remarks (if any): _____

11. Name: Ignacio Ramos   (please print)

12. Office Phone Number: 714-939-8699     13. Agency: FBI

14. Signature: /s/ Ignacio Ramos     15. Date: 6/21/2016

CR-64 (2/14)         REPORT COMMENCING CRIMINAL ACTION

FILED 2016 JUN 21 AM 10:59 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA